# BRACKER & MARCUS LLC

February 14, 2019

RECEIVED

FEB 2 0 2019

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Clerk of the Court
United States District Court
Eastern District of Tennessee
900 Georgia Avenue
Chattanooga, TN 37402

RE:  *United States of America ex rel. Cotter, et al. v. Agilitas USA
Inc., et al.*, Case No. 1:17-cv-295 (FILED UNDER SEAL)

Dear Clerk,

Please find enclosed Relator's Notice of Voluntary Dismissal to be filed
**UNDER SEAL** pursuant to the local rules for the Eastern District of
Tennessee.

If you have any questions or need anything further, please let me know.

Sincerely,

Sheri Lang

Enclosure

3225 SHALLOWFORD ROAD :: STE 1120 :: MARIETTA, GA 30062
[O]770.988.5035 :: [F]678.648.5544
INFO@FCACOUNSEL.COM :: WWW.FCACOUNSEL.COM

FEB 2 0 2019

Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

UNITED STATES OF AMERICA )
ex rel. ALEXANDRA HAMILTON-COTTER )
and DENNIS COTTER, et al. )
)
Plaintiff-Relators, )
)
v. )
)
AGILITAS USA INC. d/b/a RESULTS )
PHYSIOTHERAPY; DRAYER PHYSICAL )
THERAPY INSTITUTE, LLC, )
)
Defendants. )

Case No. 1:17-cv-295
**FILED UNDER SEAL**

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Relators, by and through their

counsel, hereby gives notice that all claims in the above-captioned action are

voluntarily dismissed as to all named defendants, without prejudice as to

Relators Alexandra Hamilton-Cotter and Dennis Cotter, without prejudice as to

the United States; and without prejudice as to the states named in the complaint

("the States").

Relators have informed the United States and the States concerning this

dismissal and have been informed that the States do not object to the dismissal.

Relators further understand that the United States will file a separate notice

- 1 -

regarding the dismissal. All parties will bear their own costs. The Clerk of Court may close this action.

Respectfully submitted this 14th day of February, 2019,

Julie Bracker
Georgia Bar No. 073803
Jason Marcus
Georgia Bar No. 949698
Bracker & Marcus LLC
3225 Shallowford Road
Suite 1120
Marietta, GA 30062
Ph. 770-988-5035
Fax 678-648-5544
Julie@FCACounsel.com

James M. Johnson
Tennessee BPR No. 026147
620 Lindsay Street, Suite 210
Chattanooga, TN 37403
Telephone: (423) 648-4093
Facsimile: (423) 648-4094
jj@jamesmjohnsonatty.com